■ ESHAN REALTY CORP., Respondent, v. STUYVESANT INSURANCE COMPANY OF NEW YORK, Appellant.— Motion to dispense with the printing of certain exhibits granted; the originals thereof to be submitted on the argument or submission of the appeal.

■ In the Matter of THOMAS BEHL, Appellant, v. BOARD OF ZONING APPEALS OF THE TOWN OF HEMPSTEAD, Respondent. (And 16 Other Proceedings.) — Motion to consolidate appeals, to dispense with the printing of exhibits and for other relief, denied. With respect to dispensing with the printing of the exhibits, leave is granted to renew on proper papers describing and identifying the exhibits and showing their materiality to the issues to be raised.

■ In the Matter of the Estate of ROBERT A. RIGGLE, Deceased. MABEL RIGGLE, Appellant; MABEL K. WELLS, Respondent.— Motion for leave to appeal to the Court of Appeals granted. We certify that questions of law have arisen which in our opinion ought to be reviewed by the Court of Appeals. Motion for a stay pending appeal granted.

■ ROBERT Q. MANNING, Respondent, v. WALTER C. LUNDGREN, Respondent, and FIRST WESTCHESTER NATIONAL BANK, as Administrator of the Estate of ROSITA JONES, Appellant.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court, dated July 13, 1960, properly made?

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. EDWARD JUNIOR LANE, THEODORE MCNEIL, CLARENCE LEE SLOAN and JOHN HENRY WILLIAMS, Defendants.— Motion to remove the trial from the County Court of Orange County to a term of the Supreme Court held in another county denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. ROY MARX, Defendant.— Motion to direct the County Clerk of Queens County to furnish defendant with a certified copy of all the records relating to the judgment of conviction rendered against him in the County Court of Queens County on or about July 1, 1957. Motion denied.

■ ROBERT RICHARDS, Appellant, v. SAGUE REALTY COMPANY, INC., et al., Respondents.— Motion by respondent Prudential Insurance Company to dismiss appeal granted by default, with $10 costs, and appeal dismissed.

■ MILTON SHAIMAN et al., Appellants, v. HELEN BLANK et al., Respondents.— Motion by respondent Helen Blank to dismiss appeal granted by default, with $10 costs, and appeal dismissed.

■ MARGARET HENDERSON et al., Respondents, v. BROOKLYN MOTORS CORP. et al., Appellants.— Motion to dismiss appeal denied, without prejudice to renewal on the argument or submission of the appeal.

■ In the Matter of EDWARD W. WHITBREAD et al., Appellants, v. BOARD OF APPEALS OF THE VILLAGE OF ROCKVILLE CENTRE et al., Respondents.— Motion to dismiss appeal denied, without costs.

■ JAMES P. STANLEY et al., Respondents, v. RICHARD BURNSIDE, Appellant.— Motion for reargument referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion for reargument denied, without costs. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ UNIVERSITY GARDENS PROPERTY OWNERS ASSOCIATION, INC., Respondent, v. UNIVERSITY GARDENS CORPORATION et al., Appellants.— Motion for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.